Nathaniel Clark (SBN 276621)
*nathaniel.h.clark@gmail.com*
Seaton Tsai (SBN 271408)
*seaton.tsai@gmail.com*
444 So. Flower Street, #2300
Los Angeles, California 90071
Telephone: (626) 673-5180
*Attorneys for Plaintiff Mei Ma*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI MA, an individual, | CASE NO. 14-cv-9409-R-RZ |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SLM CORPORATION, D.B.A. "SALLIE MAE BANK"; NAVIENT SOLUTIONS, INC., and, DOES 1-10, | |
| Defendants. | |

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days to file a dismissal.

Mar. 11, 2015        By    */s/Nathaniel Clark*
                                    Nathaniel Clark, Esq.
                                    Seaton Tsai, Esq.
                                    *Attorney for Plaintiff Mei Ma*

[NOTICE OF SETTLEMENT]
1