closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI MA,<br><br>          Plaintiff,<br><br>    vs.<br><br>SLM CORPORATION, d.b.a. "SALLIE<br>MAE BANK"; NAVIENT<br>SOLUTIONS, INC. and, DOES 1-10,<br><br>         Defendants. | Case No.  14-cv-09409-R-RZ<br><br>ORDER DISMISSING ACTION<br>WITH PREJUDICE |

Based on the stipulation of the parties, this matter is hereby dismissed in its entirety with prejudice.  Each party is to bear her/its own costs.

     IT IS SO ORDERED.

Dated:     May 4, 2015

_____
Hon. Manuel L. Real
United States District Judge

Order Of Dismissal With Prejudice